**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-03184-LTB-KMT

TEACO ENERGY SERVICES, INC.,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The parties have filed a Stipulated Notice of Settlement and Request to Withdraw Pending Motion to Dismiss as Moot (Doc 11 - filed February 13, 2013). A stipulated dismissal should be filed **on or before March 15, 2013**. The Motion to Dismiss (Doc 5) is **WITHDRAWN** and all briefing deadlines related to that motion are moot.

Dated: February 14, 2013

---